**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNITED STATES ex rel. § § HEATHCOTE HOLDINGS CORP., INC., § §    Plaintiff, § § § v. § § CHURCH & DWIGHT CO., INC., § §    Defendant. § | Civil Action No. 2:08-cv-00349-TJW |

**ORDER GRANTING
UNOPPOSED MOTION TO STAY PROCEEDINGS**

Before the Court is the unopposed motion of Defendant Church & Dwight Company ("Church & Dwight") to stay the proceedings in this case. Having considered the matter, the Court GRANTS the motion and it is hereby ORDERED that:

(1)  this case is stayed until Judge Brinkema of the United States District Court, Eastern District of Virginia issues her ruling on the motion to dismiss in *Pequignot v. Solo Cup Company*, No. 1:07-cv-897 (E.D. Va.); and

(2)  the deadline for Church & Dwight to answer, move or otherwise respond to the amended complaint is held in abeyance until ten (10) days after this Court lifts the stay.

SIGNED this 8th day of December, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE