**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES ex rel. | § | |
| | § | |
| HEATHCOTE HOLDINGS CORP., INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:08-cv-00349-TJW |
| v. | § | |
| | § | |
| CHURCH & DWIGHT CO., INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT CHURCH & DWIGHT CO., INC.'S UNOPPOSED**
**MOTION TO EXTEND TIME TO FILE REPLY**

Defendant Church & Dwight Co., Inc. ("Church & Dwight") files this Unopposed Motion to Extend Time to File its Reply in Support of its Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule 12(b)(6) ("Motion to Dismiss") (Dkt #23).

Defendant Church & Dwight has requested an extension of time to file its Reply in Support of its Motion to Dismiss. Plaintiff has agreed to extend that deadline to August 14, 2009.

Accordingly, Defendant Church & Dwight respectfully requests that it be granted an extension of time to file its Reply in Support of its Motion to Dismiss to August 14, 2009.

Dated:  July 28, 2009                                 Respectfully submitted,

                                                         */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
Tel.:   (903) 509-5000
Fax:   (903) 509-5092
Email: jainsworth@wilsonlawfirm.com

Jeremy P. Oczek
Admitted *Pro Hac Vice*
PROSKAUER ROSE LLP
One International Place
Boston, MA 02210
Tel.:   (617) 526-9600
Fax:   (617) 526-9899
Email: joczek@proskauer.com

*ATTORNEYS FOR DEFENDANT
CHURCH & DWIGHT CO., INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on July 28, 2009.

                                                         */s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned counsel conferred with counsel for plaintiff, J. Wesley Hill, on July 27, 2009, concerning this motion and he does not oppose the motion.

                                                         */s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth