IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES ex rel. | § |
| HEATHCOTE HOLDINGS CORP., INC., | § |
| Plaintiff, | § |
| v. | § Civil Action No. 2:08-cv-00349-TJW |
| CHURCH & DWIGHT CO., INC., | § |
| Defendant. | § |

**ORDER GRANTING DEFENDANT CHURCH & DWIGHT CO., INC.'S
UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY**

Before this Court is Defendant Church & Dwight Co., Inc.'s ("Church & Dwight) Unopposed Motion to Extend Time to File its Reply in Support of its Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule 12(b)(6) ("Motion to Dismiss") (Dkt #23).

Therefore it is hereby ORDERED that:

1) Defendant Church & Dwight's Reply in Support of its Motion to Dismiss is to be filed by August 14, 2009.

SIGNED this 29th day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE