IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES ex rel. | § | |
| | § | |
| HEATHCOTE HOLDINGS CORP., INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:08-cv-00349-TJW |
| v. | § | |
| | § | |
| CHURCH & DWIGHT CO., INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION TO STAY**

CAME IT TO BE HEARD this day Relator Heathcote Holdings Corp., Inc. and Defendant Church & Dwight Co., Inc. Company's Joint Motion To Stay Proceedings. This Court, having considered the motion finds that it is well taken and should be GRANTED.

IT IS ORDERED that this case is stayed until the United States Court of Appeals for the Federal Circuit decides the appeal from the district court's judgment entered on August 26, 2009, in *Matthew A. Pequignot v. Solo Cup Company*, Case No. 1:07-cv-897 (E.D. Va.) or the appeal to the Federal Circuit is otherwise resolved or terminated. IT IS FURTHER ORDERED that notwithstanding the foregoing, either party may provide notice to the Court that the stay shall be terminated before the appeal in *Pequignot v. Solo Cup* is decided or otherwise resolved or terminated. In the event that such notice is filed with the Court, the stay will be lifted in 60 days, unless the other party moves the Court in that period for an order continuing the stay.

SIGNED this 5th day of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE