UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

UNITED STATES ex. rel.

HEATHCOTE HOLDINGS CORP., INC.
Relator,

v.

CHURCH & DWIGHT CO., INC.
Defendant.

Case No. 2:08-cv-349

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Wesley Hill with Ireland, Carroll & Kelley, P.C. respectfully moves the Court for an order permitting him to withdraw as counsel of record for Relator, Heathcote Holdings Corp., Inc.  Wesley Hill's withdrawal from this matter will impose no delay of the case or prejudice to any party.   Both Relator and opposing counsel agree to this request to withdraw.

Respectfully submitted,

/s/ Wesley Hill
Wesley Hill
State Bar No. 24032294
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway Suite 500
Tyler, TX  75703
Tel:  (903) 561-1600
Fax:  (903) 581-1071
E-mail:  Fedserv@icklaw.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), movant has contacted opposing counsel and no party opposes relief requested herein.

/s/ Wesley Hill

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all parties via United States mail and/or electronic delivery this 7th day of October, 2009.

/s/ Wesley Hill