UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES ex. rel.<br><br>HEATHCOTE HOLDINGS CORP., INC.<br>Relator,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.<br>Defendant. | Case No. 2:08-cv-349 |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is Wesley Hill's Unopposed Motion to Withdraw as Counsel for Relator, Heathcote Holdings Corp., Inc. Having considered the matter, and that it is unopposed, the Court GRANTS the motion and permits Wesley Hill with Ireland, Carroll & Kelley, P.C. to withdraw as counsel of record in this case.

SIGNED this 8th day of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE