IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES ex. rel. | § § | |
| HEATHCOTE HOLDINGS CORP., INC. Relator, | § § § § § | |
| | § | No. 2:08-cv-349 |
| v. | § § | |
| CHURCH & DWIGHT CO., INC. | § § § § § § | |
| *Defendant.* | § | |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Michael T. Konczal, enters his appearance in this matter on behalf of the Relator, Heathcote Holdings Corp., Inc., for the purpose of receiving notices and orders from the Court.

Dated: October 12, 2010

Respectfully submitted,

By:    s/Michael T. Konczal
MICHAEL T. KONCZAL
Texas State Bar No. 24067958

KONCZAL LAW FIRM PLLC
P.O. Box 863656
Plano, Texas 75093
214-228-3641
mike@patentmike.com

Attorney for Relator
HEATHCOTE HOLDINGS CORP., INC.

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 12th day of October, 2010.

                        By: s/Michael T. Konczal
                              MICHAEL T. KONCZAL
                              Texas State Bar No. 24067958

                              KONCZAL LAW FIRM PLLC
                              P.O. Box 863656
                              Plano, Texas 75093
                              214-228-3641
                              mike@patentmike.com

                              Attorney for Relator
                              HEATHCOTE HOLDINGS CORP., INC.