**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| | § | |
| HEATHCOTE HOLDINGS CORP., INC., | § | |
| | § | |
| Plaintiff/Relator, | § | |
| | § | Civil Action No. 2:08-cv-00349-TJW |
| v. | § | |
| | § | |
| CHURCH & DWIGHT CO., INC., | § | |
| | § | |
| Defendant. | § | |

**NOTICE REGARDING *AMICUS CURIAE* BRIEF**
**FILED BY THE UNITED STATES ON THE ISSUE OF WHETHER**
**FED. R. CIV. P. 9(b) APPLIES TO SECTION 292 FALSE MARKING CASES**

In connection with the pending Motion to Dismiss (Docket No. 23), Defendant Church &

Dwight Co., Inc. respectfully notifies the Court that the United States filed an *amicus curiae*

brief with the Federal Circuit in a pending appeal[1] on the issue of "whether, the pleading

requirements of Fed. R. Civ. P. 9(b) apply in a *qui tam* action brought pursuant to 35 U.S.C. 292

for false patent marking, and, if so, what standard governs the pleading of intent to deceive, a

requisite for liability under the statute."   A copy of the United States' *amicus curiae* brief is

attached hereto as Exhibit A.

In the *amicus curiae* brief, the United States' position is (i) that the heightened pleading

requirements of Rule 9(b) apply to all false marking claims, and (ii) that under this standard, a

plaintiff must allege "sufficient underlying facts from which a court may reasonably infer that a

party acted with the requisite state of mind."   Exh. A at 2 (quoting *Exergen Corp. v. Wal-Mart*

*Stores, Inc.*, 575 F.3d 1312, 1327 (Fed. Cir. 2009)).   According to the United States, "[b]are

---

[1]     *In re BP Lubricants USA Inc.*, No. 2010-M960 (Fed. Cir.).

bones allegations that a defendant is a 'sophisticated company' which 'knows, or should know'

[of the false marking], such as pled here, are insufficient to satisfy Rule 9(b)'s pleading standard,

even under its relaxed standard for pleading intent." *Id.* at 16.

Dated: October 29, 2010                        Respectfully submitted,

                                              /s/ Jennifer Parker Ainsworth
                                              Jennifer Parker Ainsworth
                                              State Bar No. 00784720
                                              WILSON, ROBERTSON & CORNELIUS, P.C.
                                              P.O. Box 7339
                                              Tel.:   (903) 509-5000
                                              Fax:    (903) 509-5092
                                              Email: jainsworth@wilsonlawfirm.com

                                              Jeremy P. Oczek
                                              Admitted *Pro Hac Vice*
                                              PROSKAUER ROSE LLP
                                              One International Place, 22nd Floor
                                              Boston, MA 02110-2600
                                              Tel.:   (617) 526-9600
                                              Fas:    (617) 526-9899
                                              Email:  joczek@proskauer.com

                                              *ATTORNEYS FOR DEFENDANT*
                                              *CHURCH & DWIGHT CO., INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on October 29, 2010.

                                              /s/ Jennifer P. Ainsworth
                                              Jennifer P. Ainsworth