IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES ex. rel. | § § | |
| HEATHCOTE HOLDINGS CORP., INC. Relator, | § § § § | |
| | § | No. 2:08-cv-349 |
| v. | § § | |
| CHURCH & DWIGHT CO., INC. | § § § | |
| *Defendant.* | § | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff/Relator Heathcote Holdings Corp., Inc., respectfully notifies the Court that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it voluntarily dismisses this action. The Plaintiff represents that the Defendant has not filed an answer or motion for summary judgment in this action.

It is respectfully submitted that this case can now be closed.

Dated: November 7, 2011         Respectfully submitted,

                                                        By:   s/Michael T. Konczal
                                                           MICHAEL T. KONCZAL
                                                           Texas State Bar No. 24067958

                                                           KONCZAL LAW FIRM PLLC
                                                           P.O. Box 863656
                                                           Plano, Texas 75093

                                                           214-228-3641

                                                           mike@patentmike.com

                                                           Attorney for Plaintiff/Relator
                                                           HEATHCOTE HOLDINGS CORP., INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2011, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL with the Clerk of Court using the CM/ECF system which will automatically send to the following attorneys of record:

>Michael T. Konczal
>Texas State Bar No. 24067958
>Konczal Law Firm PLLC
>P.O. Box 863656
>Plano, Texas 75093
>214-228-3641
>mike@patentmike.com
>Attorney for Plaintiff (Relator)
>HEATHCOTE HOLDINGS CORP., INC.
>
>/s/Michael T. Konczal