IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES ex. rel. | § § | |
| HEATHCOTE HOLDINGS CORP., INC.<br>Relator, | § § § § § | No. 2:08-cv-349 |
| v. | § § | |
| CHURCH & DWIGHT CO., INC. | § § | |
| *Defendant.* | § | |

**ORDER OF DISMISSAL**

The Plaintiff/Relator having come before the Court with a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the case is hereby dismissed. The parties shall each bear their own costs and attorneys' fees in connection with this action.

It is so ORDERED.